633 A.2d 588

COMMONWEALTH of Pennsylvania

v.

**Rodney L. MORDAN, Appellant.**

Supreme Court of Pennsylvania.

Argued and Decided Oct. 19, 1993.

Stephen S. Pennington, Philadelphia, for R. Mordan.

Mary McNeil Killinger, Michael D. Marino, Norristown, for Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

NIX, C.J., and FLAHERTY and MONTEMURO, JJ., dissent.